Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
Panel XII

| EL PUEBLO DE PUERTO RICO<br><br>Recurrido<br><br>V.<br><br>NOEL LÓPEZ COLÓN<br><br>Peticionario | KLCE202401127 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Caguas<br><br>Caso Núm. CG2024CR00776 E1VP202401293 AL 1294<br><br>Sobre: LEY 54, 3.2(A) LEY 54, 3.5 (TENTATIVA) Y DESACATO |

Panel integrado por su presidenta, la Jueza Grana Martínez, el Juez Candelaria Rosa, la Jueza Rivera Pérez y la Jueza Díaz Rivera.

Grana Martínez, Jueza Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 18 de octubre de 2024.

El peticionario, señor Noel López Colón, presentó hoy viernes, 18 de octubre de 2024, a las 11:55 a.m., un recurso de *certiorari* junto a una *Moción en Auxilio de Jurisdicción,* en la que requirió la paralización de los procedimientos, específicamente, el juicio señalado para el 31 de octubre de 2024 hasta tanto este foro resuelva el recurso de epígrafe. Mediante el recurso de *certiorari,* el peticionario solicitó la revisión y revocación de la determinación emitida el 18 de septiembre de 2024.

La *Moción en Auxilio de Jurisdicción* no cumple con los requisitos de la Regla 79 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 79, ya que su notificación resultó inadecuada. La notificación por correo certificado con acuse de recibo no da cumplimiento a la referida Regla 79(E) de nuestro Reglamento. En lo pertinente, dicha regla dispone:

> **Cualquier solicitud de orden bajo esta Regla** se ajustará, en cuanto a su forma y contenido, a las disposiciones de la Regla 68 y 70, llevará el mismo epígrafe del caso principal, **deberá ser notificada a las demás partes, y a cualquier persona contra quien se solicita un remedio, <u>mediante el método que asegure que éstas queden notificadas de la solicitud simultáneamente con su presentación y hará constar la notificación en la propia solicitud</u>**. De presentarse la solicitud

Número Identificador

RES2024_____

de orden el mismo día en que se presenta el recurso, la notificación simultánea de dicha solicitud incluirá la notificación del recurso con su Apéndice. **A los fines de la notificación simultánea a que se refiere esta Regla, podrán utilizarse los métodos de notificación personal, por teléfono o correo electrónico, de forma que las partes advengan en conocimiento de la solicitud de orden y del recurso inmediatamente de su presentación**. (Énfasis y subrayado nuestro). Regla 79(E), Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B R. 79(E).

A través de la notificación simultánea, se pretende evitar la presentación de solicitudes sin que la otra parte esté notificada **inmediatamente** de ello. Comentario a la Regla 79 del Reglamento del Tribunal de Apelaciones, *id.*

Según la certificación de notificación de la *Moción en Auxilio de Jurisdicción*, copia de dicho escrito fue enviada, **por correo certificado**, y no de manera simultánea como lo requiere la Regla 79 (E) de nuestro Reglamento.

A la luz de lo antes expuesto, declaramos *No Ha Lugar* la *Moción en Auxilio de Jurisdicción* presentada por el peticionario, señor Noel López Colón.

En cuanto al recurso de *certiorari* presentado y así como los documentos adjuntados al mismo, y a la luz del derecho aplicable, este Tribunal deniega la expedición del auto.

Sabido es que este foro apelativo no habrá de intervenir con el ejercicio de la discreción del Tribunal de Primera Instancia, salvo en "un craso abuso de discreción o que el tribunal [hubiera actuado] con prejuicio y parcialidad, o que se [hubiera equivocado] en la interpretación o aplicación de cualquier norma procesal o de derecho sustantivo, y que nuestra intervención en esa etapa evitará un perjuicio sustancial." *Lluch v. España Service,* 117 DPR 729, 745 (1986). Así pues, lo anterior le impone a este Tribunal la obligación de ejercer prudentemente su juicio al intervenir con el discernimiento del foro primario. *Torres Martínez v. Torres Ghigliotty,* 175 DPR 83, 97 (2008).

Evaluada la petición de *certiorari*, concluimos que no se nos persuadió de que el foro primario hubiese cometido error alguno, que justifique nuestra

intervención en esta etapa de los procedimientos. En su consecuencia, **denegamos** la expedición del auto de *certiorari.*

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

**Notifíquese inmediatamente.**

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones